Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   JUN 20 2024
CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana
_____ Division

JERIN B WRIGHT

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Lieutenant Charles Pelletier

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jerin B Wright |
   | Address | 5136 Berryville Court |
   | | Baton Rouge, LA 70817 |
   | | City / State / Zip Code |
   | County | |
   | Telephone Number | 2252393361 |
   | E-Mail Address | wrightj525@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Charles Pelletier |
   | Job or Title *(if known)* | Lieutenant |
   | Address | 14431 Airline highway |
   | | Baton Rouge, LA 70817 |
   | | City / State / Zip Code |
   | County | East Baton Rouge (parish) |
   | Telephone Number | 2253895114 |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [✔] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | | City / State / Zip Code |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  _____ _____ _____
  City                    State           Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  _____ _____ _____
  City                    State           Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A. Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✔] State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Lieutenant Charles Pelletier along with a supervisor and another deputy profiled Jerin b Wright deprived him of his right to life, liberty, property and the pursuit of happiness. Neither of public officials listened to politeness reason or case law that Jerin b Wright was willing to show and explain on the 22nd DAY OF FEBUARY, 2024. There is also body camera footage of this incident.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

This situation began at 4851 O'Neal Ln, Baton Rouge, LA 70817 (Circle K gas station) from there Lieutenant Charles Pelletier followed Jerin b Wright to 5136 Berryville CT, Baton Rouge, LA 70817, the defendants Home.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

ON THE 22ND DAY OF FEBUARY, 2024 AT 17:15 P.M -20:00 P.M.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Lieutenant Pelletier profile Jerin b Wright followed him home. I acknowledged Pelletier while traveling with eye contact and hand signal parked on my property and proceeded to greet Mr. Pelletier. I said " how are you officer I mean you no disrespect and no harm, but I did not commit a crime and have done nothing wrong. Mr. Pelletier replied, " your right do you want to know why I stopped you?" I replied " no, I mean you no disrespect I only want to go inside and continue about my evening. I went to my automobile got the information to show him case law. Pelletier said he didn't want to see it he's waiting on his supervisor said he's detaining me. I then said I've been through this before. I walk to my doorway opened the door told Breana Dotson to please record this. Closed the door to continue trying to respect Pelletier. While talking to Pelletier the Supervisor along with a Deputy walked up told me to come from under the carport. I replied no he has his taser out I don't feel safe I'm going inside. Supervisor takes his glasses off and says " you coming out here" while taking his spectacles off and placing them on the trunk of my automobile while aggressively moving forward telling his other to officers to not let me go inside. Deputy deployed his taser, striking me in the chest and leg. I went inside franticly closing the door but not having time to lock it. All three officers burst through the closed door deployed another taser striking me directly in the spine to immobilize and handcuff me. They picked me up sat me on my lawn

For most of my neighbors to see. An officer explained he would take the tasers out my body, he did. I got up as officers told me to go to his automobile. I remained there until the door opened and Breana Dotson was there to explain that the officers said they would let me go after they finished towing my automobile if I stayed calm. I replied, "I've been calm and okay. I sat in the back of the sheriff's automobile until two officers came to open the door. I got out of the automobile, they uncuffed me while Breana Dotson spectated. I walked away to what I considered to be a safe place closed my garage and that was the last time I saw Lieutenant CHARLES PELLETIER until I showed up pro per on the 22nd day of February 2024.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained burns to the chest, shoulder, upper thigh and back. I also continue to have numbness in my upper extremities, pain is also a part of my daily accuracies. By far my mental stability and consciousness has sustained the most damage as this is the second time this type of trauma has occurred. Extreme (PTSD), social disorders and personality disassociation are some major issues I deal with on the daily.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking the courts to rule in favor of the plaintiff in the amount of one million dollars for physical, mental and property damage. Jerin B Wright basis for this amount due to his presence as a soul in this altercation was respectful and willing to prove his claims to all public officials when encountered with respect, honesty and without aggression.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-20-2024

Signature of Plaintiff: *Jerin Wright*
Printed Name of Plaintiff: JERIN WRIGHT

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
         City    State    Zip Code
Telephone Number: 
E-mail Address: