

UNITED STATES DITRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERIN B WRIGHT                    CIVIL ACTION: 3:24:CV-00504

VERSUS                            MAGAISTRATE JUDGE

LIETENANT CHARLES PELLETIER    RICHARD L. BOURGEOIS, JR.

---

**NOW INTO COURT,** JERIN B. WRIGHT, plaintiff, Informa pauperis is asking the courts to take judicial notice that he is not a lawyer and is without counsel.

Your Honor I plaintiff, jerin b wright feel my life is in danger. On 5/7/2025 approximately 1300 p.m. EAST BATON ROUGE SHERRIF OFFICE dropped of a **NOTICE OF ARRAIGNMENT,** for jerin b wright at my address 2371 SWEET LEAF STREET BATON ROUGE, LOUISIANA, 70816. This is retaliation! My family, friends and I feel threatened. I need a restraining order against EAST BATON ROUGE SHERRIF'S OFFICE and/or the State of LOUISIANA. The original court date in administrative court was 04/26/2024. JERIN B WRIGHT appeared and was told that EAST BATON ROUGE SHERRIF OFFICE would contact jerin b wright when they figured out what they would do with jerin b wright.

Your honor, I waited for at least 2 months, with no reply from the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA and/or EAST BATON ROUGE SHERRIF OFFICE. I filed my complaints in UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA soon after. My trauma from multiple incidents with public officials, two of which are from the same corporation. I must show up to 19th JUDICIAL DISTRICT COURT on the same day I'm turning in this document to defend my family 5/8/2025 Jalyn b wright (daughter) was traveling in jerin b. wright's automobile and was pulled over for traffic violations (no license plate light). I met the sheriff's officers at the stop and explained our CONSTITUTIONS RIGHTS and the oath that all twelve sheriffs that were at the stop signed. They threatened us so I was forced to let them take another automobile. JERIN B WRIGHT is asking this court to acknowledge my pleadings. I am going to court after I file this document to defend my daughter and myself in TRAFFIC COURT 19th DISTRICT COURT 2ND FLOOR- COURT ROOM 2A 300 NORTH BOULEVARD, BATON ROUGE, LA,70801 at 09:00 a.m.

Jerin b wright overstands that the defendants' counsel is trying to do what is best for her client LT. PELLETTIER. JERIN B. WRIGHT will defend himself and his family in court. I am asking that an order of protection be granted for jerin b wright and daughter jalyn b wright.

With great Character and Principle respectfully submitted jerin b wright

Jerin b. Wright

2371 SWEETLEAF STREET BATON ROUGE LOUISIANA

(225) 239-3361

WRIGHTJ525@GMAIL.COM