UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JERIN B. WRIGHT**  CIVIL ACTION: 3:24-CV-00504

**VERSUS**  MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.

**LIEUTENANT CHARLES PELLETIER**

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Lt. Charles Pelletier, in his individual capacity, who respectfully requests that this Court review the Motion for Summary Judgment and dismiss the plaintiff's claims against him with prejudice, pursuant to Federal Rule of Civil Procedure 56, because there is no genuine dispute as to any material fact, and Defendant is entitled to judgment as a matter of law and for the reasons more fully set forth in the accompanying memorandum.

In support of this motion, Defendant attaches hereto EBRSO Report #24-009224 as Exhibit A, Axon dash camera video from Lt. Charles Pelletier's unit as Exhibit B, Axon body camera video from Lt. Charles Pelletier as Exhibit C, Deposition of Jerin Wright as Exhibit D, Verified responses of Jerin Wright to Interrogatories and Request for Production as Exhibit E, Affidavit of Captain Lawrence Hurst as Exhibit F, and Affidavit of C. Scott Courrege as Exhibit G.

**WHEREFORE**, Defendant prays that after all due proceedings be had, this Motion for Summary Judgment be granted, and the claims against Lt. Charles Pelletier be dismissed with prejudice.

1

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/ Tara L. Johnston*
MARY G. ERLINGSON (Bar Roll # 19562)
TARA L. JOHNSTON (Bar Roll # 28100)
One American Place
301 Main Street, Suite 2110
Baton Rouge, LA  70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
Email: tjohnston@erlingsonbanks.com
*Attorneys for Defendant, Lt. Charles Pelletier*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of June, 2025 a true and correct copy of the foregoing Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. I further certify that the foregoing document will be sent via electronic mail to Jerin B. Wright at wrightj525@gmail.com.

Baton Rouge, Louisiana, this 27th day of June, 2025.

*s/Tara L. Johnston*
Tara L. Johnston