UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JERIN B. WRIGHT**                         **CIVIL ACTION: 3:24-CV-00504**

**VERSUS**                                  **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.**

**LIEUTENANT CHARLES PELLETIER**

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Lt. Charles Pelletier, in his individual capacity, who respectfully submits the following Statement of Uncontested Material Facts in accordance with Local Rule 56(b):

1.

On Thursday, February 22, 2024, at 1655 hours, Lt. Pelletier conducted a traffic stop of a black 2015 BMW bearing Louisiana license plate 658 ESR in the area of George O'Neal Road and Berryville Court for violation of La. R.S. 47:508 expired license plate. He activated the audio/visual equipment on his unit along with his EBRSO issued body worn camera.[1]

2.

The driver of the vehicle did not stop or yield when Lt. Pelletier activated the emergency lights and audible siren of his EBRSO marked patrol unit but continued to travel southbound on Berryville Court and turned right into the private driveway of 5136 Berryville Court, stopping in the garage.[2]

---

[1] Exhibit A (EBRSO Report).
[2] Exhibit A (EBRSO Report); Exhibit D (Deposition of Jerin Wright), page 13, lines 18-25; page 14, lines 1-8; page 15, lines 20-25; page 16, lines 1-2 and 20-25; page 17, lines 6-10 and 24-25; page 18, line 1.

3.

The driver was identified as Jerin B. Wright, the plaintiff herein.[3]

4.

Plaintiff refused to cooperate with Lt. Pelletier, instructing him to leave, advising Lt. Pelletier that he did not want or need to know the reason for the traffic stop, and advising Lt. Pelletier that he did not have to talk to him.[4]

5.

When two other deputies arrived, Plaintiff continued to refuse to cooperate and fled into the residence.[5]

6.

During the course of the investigation, deputies learned and verified that Plaintiff was operating the vehicle with a suspended driver's license, expired license plate, and no liability insurance coverage. Plaintiff was issued a traffic summons for violation of LRS 47:508 Expired License Plate, 32:415 Driver's License Suspended, and 32:861 No Insurance and a misdemeanor summons for violation of LRS 14:108 Resisting an Officer, and he was released.[6]

7.

Plaintiff was the owner of the 2015 BMW 528 he was driving on February 22, 2024.[7]

8.

Plaintiff was traveling on a public road at the time Lt. Pelletier initiated the traffic stop on February 22, 2024.[8]

---

[3] Exhibit A (EBRSO Report).
[4] Exhibit A (EBRSO Report); Exhibit C (Lt. Pelletier's body camera video).
[5] Exhibit A (EBRSO Report); Exhibit C (Lt. Pelletier's body camera video).
[6] Exhibit A (EBRSO Report).
[7] Exhibit D (Deposition of Jerin Wright), page 21, lines 4-11.
[8] Exhibit D (Deposition of Jerin Wright), page 21, lines 12-15.

9.

Plaintiff did not have a valid driver's license on February 22, 2024.[9]

10.

Plaintiff did not have a policy of liability insurance for the 2015 BMW 528 he was driving on February 22, 2024.[10]

11.

The 2015 BMW 528 Plaintiff was driving on February 22, 2024 did not have registration.[11]

12.

The East Baton Rouge District Attorney filed a Bill of Information charging Plaintiff with violating Louisiana Revised Statutes 32:861, 32:415, 47:508C, and 14:108.[12]

13.

Lt. Pelletier did not use a taser against Plaintiff and did not use any force against him.[13]

**Respectfully submitted:**

**ERLINGSON BANKS, PLLC**

*s/ Tara L. Johnston*
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
tjohnston@erlingsonbanks.com
*Attorneys for Defendant, Lt. Charles Pelletier*

---

[9] Exhibit D (Deposition of Jerin Wright), page 22, lines 6-12
[10] Exhibit D (Deposition of Jerin Wright), page 21, lines 21-25; page 22, line 1.
[11] Exhibit D (Deposition of Jerin Wright), page 22, lines 2-5.
[12] Case No. DC-25-00690 in the 19th Judicial District Court.
[13] Exhibit D (Deposition of Jerin Wright), pages 20, lines 5-9, 14-24.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of June, 2025 a true and correct copy of the foregoing Statement of Uncontested Material Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. I further certify that the foregoing document will be sent via electronic mail to Jerin B. Wright at wrightj525@gmail.com.

Baton Rouge, Louisiana, this 27th day of June, 2025.

*s/Tara L. Johnston*
Tara L. Johnston