**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JERIN B. WRIGHT**             **CIVIL ACTION: 3:24-CV-00504**

**VERSUS**                      **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.**

**LIEUTENANT CHARLES PELLETIER**

## ORDER

Considering the foregoing Motion for Summary Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment is **GRANTED,** and Plaintiff's claims against Lt. Charles Pelletier are dismissed with prejudice.

**BATON ROUGE, LOUISIANA**, this \_\_\_\_ day of _____, 2025.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**